CHARLES BUSH, *ET AL.*, PLAINTIFFS-PETITIONERS, v. NEW JERSEY & NEW YORK TRANSIT CO., INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 52 *N. J. Super.* 513.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the petitioners.

*Mr. Archibald Kreiger* for the respondent.

January 26, 1959.   Granted.

ARTHUR VENNERI COMPANY, PLAINTIFF-RESPONDENT, v. HOUSING AUTHORITY OF THE CITY OF PATERSON, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Martin Verp* and *Messrs. Riker, Danzig & Marsh* for the petitioners.

*Messrs. Cole, Berman & Garth* for the respondent.

January 26, 1959.   Granted.